NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNIVERSITY OF UTAH,**
*Plaintiff - Appellant*

**v.**

**MAX-PLANCK-GESELLSCHAFT ZUR FOERDERUNG DER WISSENSCHAFTEN E.V.,** a corporation organized under the laws of Germany, **MAX-PLANCK-INNOVATION GMBH,** a corporation organized under the laws of Germany, **WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,** a Delaware corporation, **MASSACHUSETTS INSTITUTE OF TECHNOLOGY,** a Massachusetts corporation, **ALNYLAM PHARMACEUTICALS, INC.,** a Delaware corporation, **ROBERT L. CARET,** President of the University of Massachusetts in his official capacity, **JAMES R. JULIAN, JR., JAMES P. MCNAMARA,** Executive Director, Office of Technology Management of the University of Massachusetts, in his official capacity, their predecessors and successors in office, **CHRISTINE M. WILDA,** Senior Vice President for Administration & Finance and University Treasurer of the University of Massachusetts, in his official capacity,

*Defendants - Cross-Appellants*

**UNIVERSITY OF MASSACHUSETTS, a Massachusetts corporation, DAVID J. GRAY,**
*Defendants*

_____

16-1148
_____

Appeal from the United States District Court for the District of Massachusetts in case no. 1:11-cv-10484-PBS United States District Judge Patti B. Saris

_____

### **O R D E R**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT

December 18, 2015             /s/ Daniel E. O'Toole
                              Daniel E. O'Toole
                              Clerk of Court

**ISSUED AS A MANDATE:** December 18, 2015